# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

KAMEON "SUPREME" AARON　　　　　　　　　　　　　　PLAINTIFF
ADC #129521

v.　　　　　　　　　　No. 4:22-cv-1113-DPM

DEXTER PAYNE, Director ADC; DALE MARSHALL REED, Assistant Director, ADC; STRAUGHN, Director, ADC; JADA LAWRENCE, Executive Assistant to Director, ADC; LINDSAY WALLACE; SOLOMON GRAVES, Secretary, Division of Corrections; NANCY STRAUGHN, Centralized Records, ADC; SHERRI GLOVER, Centralized Records, ADC; LEAH MARONY, Centralized Records, ADC; TERA MERRITT, Centralized Records, ADC; CINDY MURPHY, Centralized Records, ADC; LESLIE RUTELEGE, Arkansas Attorney General's Office; TIM GRIFFIN, Arkansas Attorney General's Office; ROSALYN MIDDLETON, Arkansas Attorney General's Office; ADAM JACKSON, Arkansas Attorney General's Office; BRAD NEWMAN, Arkansas Attorney General's Office; PAMELA RUMPZ, SR., Arkansas Attorney General's Office; KAREN V. WALLACE, Arkansas Attorney General's Office; WILLIAM BYERS, Arkansas Legislative Com.; BILLY MAGNESS, Arkansas Board of Trustees; JIMMY GAZAWAY, Arkansas House and Senate Judiciary Committee; FREDRICK LOWE, Arkansas House and Senate Judiciary Committee; TRENT GARDNER, Arkansas House and Senate

- 1 -

Judiciary Committee;  PAUL BRYANT, Arkansas House and Senate Judiciary Committee;  VIVIAN FLOWERS, Arkansas House and Senate Judiciary Committee;  SANDY MOLLY, Arkansas Sentencing Commission;  BOB MAMAHAN, Office of the Prosecutor (Executive and Prosecutors);  KATHRYN SOUTHERN, Office of the Prosecutor (Executive and Prosecutors); CAROL BILLINGS, Office of the Prosecutor (Executive and Prosecutors);  DOES, Ark. 93rd General Assembly, President of the Senate, Ark. 93rd General Assembly House of Representatives (Committee), *et al.*;  LYN BENNETT;  JAMES GIBSON, Warden, Varner Prison, ADC; B. CARROLL, Warden, Varner Prison, ADC; TAYLOR, Major, Chief of Security, Varner Prison, ADC;  TASHAYLA DUNLAP, Sgt., Varner Supermax, ADC;  ALEXIS D. LEWIS, Sgt., Varner Supermax, ADC;  B. HIGGINS, Sgt., Varner Supermax, ADC;  BROWN, Captain, Varner Supermax, ADC;  and BIVENS, Captain, Varner Supermax, ADC                                         DEFENDANTS

## JUDGMENT

Aaron's complaint is dismissed without prejudice.

*DPMarshall Jr.*

D.P. Marshall Jr.
United States District Judge

21 September 2023